## (February 7, 1961)

■ LUDMILLA HUNTER, Appellant, v. ALLAN B. HUNTER, Respondent.— Order entered on October 17, 1960, granting defendant's motion to enjoin the plaintiff and her attorneys from proceeding with or taking any steps in pursuance of or in support of plaintiff's action against the defendant in the

Superior Court of the State of Connecticut, County of Fairfield, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.